

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| KENNETH D. MCKEOUGH, | § | No. 08-21-00057-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CAMELOT TOWNHOMES ASSOCIATION, INC., | § | of El Paso County, Texas |
|  | § | (TC # 2019DCV3303) |
| Appellee. | § |  |

## **O R D E R**

This Court received and filed the parties' responses on the issue of whether the matter is affected by a bankruptcy stay under Chapter 11 of the Bankruptcy Code. Both parties agree this case should be abated and removed from this Court's docket.

Therefore, pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED THIS 10TH DAY OF JUNE, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.